# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY MICHELLE FRANCHIA, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:20-CV-01244-NJK |
| | ) |
| v. | ) ORDER GRANTING |
| ANDREW SAUL, | ) UNOPPOSED MOTION FOR VOLUNTARY |
| Commissioner of Social Security, | ) REMAND PURSUANT TO SENTENCE |
| | ) FOUR OF 42 U.S.C. § 405(g) |
| Defendant. | ) |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court remand this action for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, conduct any necessary further proceedings, and issue a new decision. Defendant further requests that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

///

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on May 11, 2021.

Dated: May 13, 2021

Respectfully submitted

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Plaintiff's motion for remand, Docket No. 28, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: May 13, 2021

_____
United States Magistrate Judge