# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY MICHELLE FRANCHIA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:20-cv-01244-NJK<br><br>**ORDER**<br><br>[Docket No. 31] |

On August 11, 2021, Plaintiff filed a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"). Docket No. 31. Subsequently, on August 20, 2021, the parties filed a joint stipulation for the same attorneys' fees and costs. Docket No. 33. The Court denied the stipulation on August 23, 2021. Docket No. 34. The subsequent stipulation supersedes the original motion. Accordingly, the Court hereby **DENIES** as moot the original motion for attorneys' fees and costs. Docket No. 31.

IT IS SO ORDERED.

Dated: August 31, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

1