AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Tammy Michelle Franchia,

          Plaintiff,

v.

Commissioner of Social Security,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-01244-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

A fee award in the amount of $10,962 is to be paid to Plaintiffs counsel from the sums held by the Commissioner from Plaintiffs past-due benefits.

10/19/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ L. Ortiz  
Deputy Clerk